

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:         01-14-00589-CV

Style:               Rosemary Thompson and Timothy E. Thompson

                 **v**. HSBC Bank USA, National Association, as Trustee for Ace Securities Corp. Home

                 Equity Loan Trust Series 2004-HE3 Asset-Backed-Pass-Through Certificates

Date motion filed:      October 14, 2014

Type of motion:        "Motion to Compel Counsel to Show Written Documentation HSBC Bank USA National

                 Association from to Retain Counsel (Luke Madole) as Designated Attorney for Appellee"

Party filing motion:     Appellants

Document to be filed:

Is appeal accelerated?      No

If motion to extend time:

       Original due date:

       Number of previous extensions granted:                Current Due date:

       Date Requested:

Ordered that motion is:

      ☐      Granted

            If document is to be filed, document due:

               ☐      Absent extraordinary circumstances, the Court will not grant additional motions to extend time

      ☒      Denied

      ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

      ☐      Other: _____

Judge's signature:    /s/ Terry Jennings

                   ☑ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date:   November 25, 2014